■ PUBLIC PARKING, INC., Appellant, v CITY OF NEW YORK et al., Respondents. [653 NYS2d 12] —Order, Supreme Court, New York County (Walter Tolub, J.), entered January 10, 1995, which denied plaintiff's motion seeking either rescission of the parties' lease or an injunction directing defendant to take back possession of the subject premises, unanimously affirmed, without costs.

Plaintiff's insistence that it misunderstood that a provision of the lease authorized, but did not require, defendant to cancel the lease under certain circumstances is insufficient to establish an absence of the requisite meeting of minds as might justify either rescission or reformation. The language of the lease does not support this understanding of its meaning, and there is no evidence of fraud or misrepresentation by defendant. We have considered plaintiff's other contentions and find them to be without merit. Concur—Sullivan, J. P., Milonas, Rosenberger and Tom, JJ.

(January 30, 1997)

■ In the Matter of H.-C. CHILDREN, Alleged to be Permanently Neglected. ALPHONSO H. et al., Appellants; LEAK AND WATTS SERVICES, INC., Respondent. [653 NYS2d 849] —Order of disposition, Family Court, Bronx County (Rhoda Cohen, J.), entered July 7, 1995, which, after inquest, terminated respondents' parental rights upon findings of permanent neglect, and order, same court and Judge, entered July 28, 1995, which denied respondents' motions to vacate their defaults at the fact-finding and dispositional hearings, unanimously affirmed, without costs.

Respondents' motions to vacate their respective defaults were properly denied for failure to present either a reasonable excuse for their nonattendance or a meritorious defense (*Matter of Celeste M.*, 180 AD2d 437). Respondents' claimed recent attempts to end their drug dependency came too late, after a long period of no meaningful contact with their children and of consistent failure to cooperate with the agency's numerous efforts to help them end their drug abuse. Concur—Murphy, P. J., Milonas, Nardelli and Andrias, JJ.